RODNEY R. PARKER (4110)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TAMRA OLSEN-IVIE; SAMANTHA OLSEN; and DAVID OLSEN, | NOTICE OF REMOVAL OF A CIVIL ACTION FROM STATE COURT TO FEDERAL COURT |
| Plaintiffs, | |
| vs. | Case No. 2:17-cv-00255-DBP |
| K-MART; and SEARS HOLDING COMPANY; and Does 1-4, | Magistrate Judge Dustin B. Pead |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants hereby give notice of removal of the civil action pending against them in the Third Judicial District Court of Salt Lake County, State of Utah to this Court. The grounds for removal are as follows:

1. This action was commenced by the filing of a Complaint in the Third Judicial District of Salt Lake County, State of Utah on or about March 6, 2017. Copies of the Summons and Complaint are attached hereto as Exhibit A. Said documents were served upon defendants by acceptance of service dated March 17, 2017.

2. Plaintiffs represent in their complaint that they are citizens of the State of Utah. Complaint at ¶ 2.

3. Defendant Kmart Corporation is a wholly owned subsidiary of Kmart Holding Corporation, which in turn is a wholly owned subsidiary of defendant Sears Holdings Corporation. Sears Holdings Corporation is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Illinois.

4. Plaintiff's complaint requests damages of "more than $300,000." Complaint at p. 7. Said amount satisfies the amount-in-controversy requirement for removal jurisdiction.

5. Removal of this action is timely under 28 U.S.C. § 1446(b). Less than 30 days have elapsed since defendants first received a copy of the initial pleading setting forth plaintiff's claims.

6. Written notice of this removal is being served this date on counsel for plaintiffs.

7. There are no other defendants specifically identified in the Complaint and therefore no other consent is required for removal.

8. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Second Judicial District Court, Weber County, State of Utah.

9. This Court has original jurisdiction of the above-entitled action, pursuant to 28 U.S.C. § 1332, and hence, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a).

10. The Summons and Complaint constitute all process, pleadings, and orders received by Target to date relating to the state court action and are attached hereto.

WHEREFORE, defendants hereby submit notice that the above-entitled matter is removed from the Third Judicial District Court in and for Salt Lake County, State of Utah, to the United States District Court for the State of Utah, Central Division, in accordance with the provisions of 28 U.S.C. § 1446.

DATED: April 5, 2017.

            SNOW, CHRISTENSEN & MARTINEAU

            By s/ Rodney R. Parker
              Rodney R. Parker
              *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL OF A CIVIL ACTION FROM STATE COURT TO FEDERAL COURT was served by U.S. Mail on April 5, 2017 as follows:

>LEONARD E MCGEE
>PETER MIFFLIN
>KIGAN I MARTINEAU
>ROBERT J DEBRY & ASSOC
>45 W SEGO LILY DR STE 401
>SANDY UT 84070

                s/ Rodney R. Parker

4814-7618-4133, v. 1